UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALLIE L. JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-0250 (RCL) |
| DISTRICT OF COLUMBIA, et al., | ) |
| Defendants. | ) |

### ORDER

In accordance with the Memorandum Opinion issued this date, and upon consideration of the defendants' Motion [5] to Dismiss, the opposition thereto, the reply brief, the applicable law, and the entire record herein, it is hereby

ORDERED that the defendants' Motion [5] to Dismiss GRANTED; and it is further

ORDERED that the first, third, fourth, fifth, and sixth causes of action set forth in the plaintiff's Complaint are hereby DISMISSED; and it is further

ORDERED that individual defendants Colvin, Perkins, and Turner shall file a response to the remaining cause of action in the Complaint within ten (10) days of this date.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 21, 2005.